IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE ROCKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GKN WALTERSCHIED, INC., )<br>)<br>Defendant. )<br>) | Case No. 07-cv-6526<br><br>Judge Kennelly |

**DEFENDANT'S UNOPPOSED MOTION TO
EXTEND TIME TO ANSWER OR OTHERWISE PLEAD**

Defendant GKN Walterscheid, Inc. ("GKN") respectfully moves this Court for an extension until December 20, 2007, to file its Answer or other responsive pleading in this case. In support of this motion, GKN states as follows:

1. The Summons and Complaint were served on GKN no earlier than October 19, 2007.

2. GKN has a good and meritorious defense.

3. GKN recently retained counsel for this matter.

4. GKN needs additional time to investigate the allegations of the Complaint prior to filing its answer or other responsive pleading.

5. Plaintiff will not be prejudiced by the delay.

6. The undersigned counsel for Defendant telephoned counsel for Plaintiff on November 20, 2007 to discuss this motion. Plaintiff had no objection to this motion for an extension until December 20, 2007, for GKN to file its Answer or other responsive pleading.

WHEREFORE, Defendant GKN Walterscheid, Inc. respectfully requests that this Court grant it an extension until December 20, 2007, to file its Answer or other responsive pleading.

November 20, 2007                    Respectfully submitted,

                                     GKN WALTERSCHEID, INC.


                                     By: /s/ Bradley S. Fiorito
                                            One of Its Attorneys

Douglas A. Darch
Rebecca P. Bromet
Bradley S. Fiorito
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Fax: (312) 460-7000

2

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on November 20, 2007, he caused a copy of DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

>Ernest T. Rossiello
>134 N. LaSalle St., Suite 1330
>Chicago, IL 60602-1137

>_____/s/ Bradley S. Fiorito_____
>Bradley S. Fiorito