IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRUCE ROCKS, | ) |
| Plaintiff, | ) ) ) Case No. 07-cv-6526 |
| v. | ) ) ) Judge Kennelly |
| GKN WALTERSCHIED, INC., | ) ) ) |
| Defendant. | ) ) |

**NOTICE OF MOTION**

To:   Ernest T. Rossiello
      134 N. LaSalle St., Suite 1330
      Chicago, IL 60602-1137

   PLEASE TAKE NOTICE that on **November 29, 2007,** at **9:30 a.m.**, or as soon thereafter as we may be heard, we will appear before the Honorable Judge Matthew F. Kennelly in Room 2103, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached DEFENDANT'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER OR OTHERWISE PLEAD, a copy of which is hereby served upon you.

November 20, 2007                         Respectfully submitted,

                                          GKN WALTERSCHIED, INC.


                                          By: /s/ Bradley S. Fiorito
                                                 One of Its Attorneys

Douglas A. Darch
Rebecca P. Bromet
Bradley S. Fiorito
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
Telephone: (312) 460-5000
Fax: (312) 460-7000

CH1 11359051.1