# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6526 | **DATE** | 11/21/2007 |
| **CASE TITLE** | Rocks vs. GKN Walterscheid, Inc. | | |

**DOCKET ENTRY TEXT**

Plaintiff is directed to respond by no later than 12/7/07 to the allegation in defendant's notice of removal that federal jurisdiction exists in this case. Defendant is directed to reply to plaintiff's response by no later than 12/17/07.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|