IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISON

| | | |
|---|---|---|
| BRUCE ROCKS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO.  07 C 6526 |
| | ) | JUDGE KENNELLY |
| | ) | |
| GKN WALTERSCHEIR, INC. | ) | |
| | ) | |
| Defendant. | ) | |

**<u>AMENDED COMPLAINT</u>**

Now comes the plaintiff, BRUCE ROCKS, through his attorney, ERNEST T. ROSSIELLO, and, complaining of the defendant, GKN WALTERSCHEIR, INC., under the Illinois Whistleblower Act, 740 ILCS 175/20 (2005), et seq., alleges:

1.  That on or about February 20, 2007 the defendant was, and still is, a corporation duly organized and existing under the laws of the State of Illinois, doing business in the County of Cook.

2.  That the defendant is an "employer" within the meaning of Section 5 of the Act, and, as such, is subject to its provisions; and, the plaintiff is an "employee" employed by the defendant employer;

3.  Plaintiff, at all times relevant hereto, was employed by defendant as "CNC Machinist" at an hourly wage of $19.60.

4.  Under Illinois law, it was a crime to engage in computer fraud, 720 ILCS 5/16D-5, and to unlawfully communicate with another through the use of unlawful commun- ications access devices, 720 ILCS 5/16-18 through 16-20.  Pursuant to Title 18 U.S.C. 2319 and

1

17 U.S.C. 506(a)(1(A), it was also a crime under federal law to use another's data, without authorization or consent, for purposes of commercial advantage or private financial gain.

     5. At all times relevant hereto, more particularly, on February 20, 2007, the Whistleblower Act, 740 ILCS 174/15, made it unlawful in this state to retaliate against an employee for refusing to participate in an activity that would result in a violation of a State or federal law, rule or regulation.

     6. That under the state and federal laws above, defendant was prohibited from requiring plaintiff to perform his usual job activities with MASTER CAM software program, which he reasonably believed had been unlawfully used by the employer, without the written consent and authorization of the copyright owner, in violation of one or more of the foregoing criminal laws; but, notwithstanding their duty in the premises, defendant unlawfully and maliciously discharged plaintiff from his position of gainful employment, on or about February 20, 2007, after expressing his opposition to management that it was criminally unlawful for them to do so.

     7. That, as a direct and proximate result of the plaintiff's discharge, he has lost his position of gainful employment; and, has been embarrassed, humiliated and inconvenienced. Plaintiff has also been caused to incur expenses of litigation, expert witness and attorney's fees, all to his damage in a sum of money greater than THIRTY THOUSAND DOLLARS ($30,000.00), plus back pay with interest, attorney's fees and costs of suit;

     8. That plaintiff has been unable to find other employment in this locale of comparable value and benefits, and he seeks reinstatement to his former position, as made and provided for by the Whistleblower Act, 740 ILCS 174/30(1).

     WHEREFORE plaintiff, BRUCE ROCKS, asks the court to enter judgment in his

favor, and upon the verdict of a jury, and against GKN WALTERSCHEIR, INC., a corporation, in a sum of money greater than THIRTY THOUSAND DOLLARS ($30,000.00), plus all back pay, with interest, compensation for all damages sustained as a result of the discharge; reinstatement to his former position with the same seniority which he would have had, had he not been discharged, costs of litigation, expert witness fees and reasonable attorney's fees, pursuant to 740 ILCS 174/30(1)-(3).

/s/ ERNEST T. ROSSIELLO
ERNEST T. ROSSIELLO

ERNEST T. ROSSIELLO
 & ASSOCIATES, P.C.
134 North LaSalle Street, Ste. 1330
Chicago, Illinois 60602
(312) 346-8920
Fax: 312/346-5988
Email: ETRLaw@aol.com

Attorney for Plaintiff

December 18, 2007

## CERTIFICATE OF SERVICE

The undersigned, an attorney, states that a true and correct copy of said document was served upon defendants pursuant to ECF as to Filing Users in accordance with Fed.R.Civ.P.5(a) and (b) on this 18th day of December, 2007 before 5:00 P.M.

_s/ Ernest T. Rossiello_____
ERNEST T. ROSSIELLO