# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Matthew F. Kennelly | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6526 | **DATE** | 12/19/2007 |
| **CASE TITLE** | Rocks vs. GKN Walterscheir, Inc. | | |

**DOCKET ENTRY TEXT**

The case is set for a status hearing on 1/3/08 at 9:30 a.m. for the purpose of addressing the issue of subject matter jurisdiction, in light of plaintiff's filing of an amended complaint. Principal counsel for both parties are directed to appear at that date and time.

Docketing to mail notices.

| | Courtroom Deputy Initials: | mk |
|---|---|---|