**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| BRUCE ROCKS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>GKN WALTERSCHEIR, INC., )<br>)<br>Defendant. ) | Case No. 07-cv-6526<br><br>Judge Kennelly |

**DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF
IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO REMAND**

Defendant, GKN Walterscheid, Inc., (improperly identified in the above caption as "GKN Walterscheir, Inc.," hereinafter "GKN"), requests leave to submit the attached Supplemental Brief in Support of Its Opposition to Plaintiff's Motion to Remand (see Ex. A), in light of Plaintiff's recently filed Amended Complaint.  *See* Docket No. 14.

**DATED:  December 20, 2007**     Respectfully submitted,

GKN WALTERSCHEID, INC.
By     /s/ Rebecca P. Bromet
       One of Its Attorneys

Douglas A. Darch
Rebecca Pratt Bromet
Bradley S. Fiorito
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000

CH1 11380600.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on December 20, 2007, he caused a copy of Defendant's Motion for Leave to File Supplemental Brief in Support of Its Opposition to Plaintiff's Motion to Remand to be presented to the Clerk of the Court for filing and uploading to the CM/ECF system, which will send notification of such filing to the following:

> Ernest T. Rossiello
> 134 N. LaSalle St., Suite 1330
> Chicago, IL 60602-1137

_____/s/ Rebecca P. Bromet_____