**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| BRUCE ROCKS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 07-cv-6526 |
| | ) |
| GKN WALTERSCHEIR, INC., | ) Judge Kennelly |
| | ) |
| Defendant. | ) |

**NOTICE OF MOTION**

To:   Ernest T. Rossiello
      134 N. LaSalle St., Suite 1330
      Chicago, IL 60602-1137

    PLEASE TAKE NOTICE that on **Thursday, January 3, 2008,** at **9:30 a.m.**, or as soon thereafter as we may be heard, we will appear before the Honorable Judge Matthew F. Kennelly in Room 2103, 219 South Dearborn Street, Chicago, Illinois, and then and there present the attached DEFENDANT'S MOTION FOR LEAVE TO FILE SUPPLEMENTAL BRIEF IN SUPPORT OF ITS OPPOSITION TO PLAINTIFF'S MOTION TO REMAND, a copy of which is hereby served upon you.

**DATED:  December 20, 2007**              Respectfully submitted,

                                           GKN WALTERSCHEID, INC.

                                           By      /s/ Rebecca P. Bromet
                                                   One of Its Attorneys

Douglas A. Darch
Rebecca Pratt Bromet
Bradley S. Fiorito
SEYFARTH SHAW LLP
131 South Dearborn Street
Suite 2400
Chicago, Illinois 60603
(312) 460-5000