UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
Eastern Division

Bruce Rocks
                      Plaintiff,

v.                                        Case No.: 1:07−cv−06526
                                                  Honorable Matthew F. Kennelly

GKN Walterschier, Inc.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 3, 2008:

      MINUTE entry before Judge Matthew F. Kennelly :Motion for leave to file supplemental brief [16] is granted. Status hearing held on 1/3/2008 and continued to 2/7/2008 at 09:30 AM. Simultaneous briefs to motion to remand due by 1/24/2008. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.