IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| BRUCE ROCKS | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 07 CV 6526 |
| v. | ) | JUDGE KENNELLY |
| | ) | |
| GKN WALTERSCHEID, INC. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION TO DISMISS

Plaintiff, BRUCE ROCKS, and Defendant GKN WALTERSCHEID, INC., by its counsel, and pursuant to Fed.R.Civ.P. 41(a)(1)(ii) hereby agree and stipulate that Plaintiff's claims against the defendant are hereby dismissed, with prejudice, all matters in controversy, including costs and attorneys fees having been fully compromised, settled and adjourned.

APPROVED and SO STIPULATED this 31st day of January, 2008.

s/Ernest T. Rossiello
ERNEST T. ROSSIELLO & ASSOCIATES, P.C.
134 North LaSalle Street, Suite 1330
Chicago, Illinois 60602
(312) 346-8920
Attorney for Plaintiff


s/Douglas Darch
SEYFARTH SHAW, LLP
131 South Dearborn Street, Suite 2400
Chicago, Illinois 60603
(312) 460-5000
Attorney for Defendant

## **CERTIFICATE OF SERVICE**

The undersigned, an attorney, states that a true and correct copy of said document was served upon defendants pursuant to ECF as to Filing Users in accordance with Fed.R.Civ.P.5(a) and (b) on this 31st day of January 31, 2008 before 5:00 P.M.

    s/ Ernest T. Rossiello
ERNEST T. ROSSIELLO