**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Bruce Rocks
                            Plaintiff,

v.                                              Case No.: 1:07−cv−06526
                                                    Honorable Matthew F. Kennelly

GKN Walterschier, Inc.
                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, February 5, 2008:

      MINUTE entry before Judge Matthew F. Kennelly : Pursuant to the parties' stipulation, the case is dismissed with prejudice and without costs. All pending motions are terminted. The status hearing and ruling date of 2/7/2008 is vacated. Civil case terminated. (or, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.